**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

Nos. 96-2141/2226/3762

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * |
| | * Appeals from the United States |
| David Hooker; Gloria J. Hooker, | * District Court for the |
| | * Eastern District of Arkansas. |
| Appellants, | * |
| | * [UNPUBLISHED] |
| Deere Credit Services, Inc.; St. Francis | * |
| County Farmers Association, | * |
| | * |
| Defendants. | * |

_____

Submitted: November 4, 1997
Filed: November 7, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

David and Gloria Hooker, husband and wife, appeal from the District Court's[1]
orders granting summary judgment in favor of the government in its action to foreclose

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the
Eastern District of Arkansas.

liens on three pieces of farm equipment, requiring the Hookers to post a supersedeas bond, and directing them to deliver the farm equipment to the government. After carefully reviewing the record, we affirm the District Court's judgment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.